UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,    95 Civ. 5081 (FB)(MDG)

                        Plaintiff,    **JUDGMENT**
                                            **(STEVEN ROSE)**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 13 2006 ★
BROOKLYN OFFICE

          - against -

SATVINDER AHLUWALIA, et al.,

                        Defendants.
----------------------------------------------------------X

An Order of the Honorable Frederic Block, United States District Judge, having been executed on May 19, 1998; with no objections having been filed; adopting the March 30, 1998, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, entering Judgment against defendant Steven Rose in the amount of $3,663.64, comprised of $3,405.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $258.64 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

ORDERED and ADJUDGED that the March 30, 1998, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Steven Rose in the amount of $3,663.64, comprised of $3,405.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $258.64 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York

       _April 12_, 2006

                                                          **Robert C. Heinemann**
                                                          **Clerk of the Court**