UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,         95 Civ. 5081 (FB)(MDG)

                      Plaintiff,           **JUDGMENT**
                                          **(ALEXIS REYES)**

       - against -

SATVINDER AHLUWALIA, et al.,

                      Defendants.
----------------------------------------------------------X

*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT, E.D.N.Y. ★ APR 13 2006 ★ BROOKLYN OFFICE*

       An Order of the Honorable Frederic Block, United States District Judge, having been executed on May 19, 1998; with no objections having been filed; adopting the March 30, 1998, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, entering Judgment against defendant Alexis Reyes in the amount of $2,933.64, comprised of $2,675.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $258.64 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

       ORDERED and ADJUDGED that the March 30, 1998, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Alexis Reyes in the amount of $2,933.64, comprised of $2,675.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $258.64 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York
       April 12, 2006

                                                           **Robert C. Heinemann**
                                                           **Clerk of the Court**