UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,    95 Civ. 5081 (FB)(MDG)

                      Plaintiff,    **JUDGMENT**
                                  **(DAN ARIBE)**

        - against -

SATVINDER AHLUWALIA, et al.,

                      Defendants.
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 1 3 2006 ★
BROOKLYN OFFICE

        An Order of the Honorable Frederic Block, United States District Judge, having been executed on May 19, 1998; with no objections having been filed; adopting the March 30, 1998, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, entering Judgment against defendant Dan Aribe in the amount of $1,258.64, comprised of $1,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $258.64 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

        ORDERED and ADJUDGED that the March 30, 1998, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Dan Aribe in the amount of $1,258.64, comprised of $1,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $258.64 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York
       _April 12_, 2006

                                                  **Robert C. Heinemann**
                                                  **Clerk of the Court**