UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,   95 Civ. 5081 (FB)(MDG)

               Plaintiff,

**JUDGMENT
(GEORGE PABIB)**

- against -

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 13 2006 ★
BROOKLYN OFFICE

SATVINDER AHLUWALIA, et al.,

               Defendants.
-----------------------------------------------------------X

    An Order of the Honorable Frederic Block, United States District Judge, having been executed on May 19, 1998; with no objections having been filed; adopting the March 30, 1998, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, entering Judgment against defendant George Pabib in the amount of $2,058.64, comprised of $1,800.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $258.64 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

    ORDERED and ADJUDGED that the March 30, 1998, Report and Recommendation of the Honorable Marilyn Dolan Go, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant George Pabib in the amount of $2,058.64, comprised of $1,800.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $258.64 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York

      April 12, 2006

                                                              Robert C. Heinemann
                                                              **Clerk of the Court**